DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAVORIS C. REYNOLDS,**
Appellant,

v.

**ELIZABETH SIMPLICE,**
Appellee.

No. 4D18-1274

[September 27, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert Pegg, Judge; L.T. Case No. 312017DR001084.

Lavoris C. Reynolds, Fort Pierce, pro se.

Elizabeth Simplice, Vero Beach, pro se.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***